UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-cr-287-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CRIMINAL INFORMATION** |
| | ) | |
| KEVYN JAKOB WARD | ) | |

On or about October 26, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, KEVYN JAKOB WARD, did aid and abet Solace Kwayke, an alien, to attempt to procure registration as a lawful permanent resident through fraud, that is, to knowingly enter into a marriage for the purpose of evading provisions of the immigration laws.

All in violation of Title 8, United States Code, Section 1306(c), and Title 18, United States Code, Section 2.

G. NORMAN ACKER, III
Acting United States Attorney


BY: GABRIEL J. DIAZ
Assistant United States Attorney

1